UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00095 |
| | ) | JUDGE BRYANT |
| TYRONE LAMONT ROSS | ) | |

**ORDER:**
Motion granted. Initial appearance and arraignment RESCHEDULED to June 18, 2013, at 10:00 a.m.

John Bryant, USMJ

## MOTION TO RESET INITIAL APPEARANCE AND ARRAIGNMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Court reset the initial appearance and arraignment in this case that was originally set for this date to the week of June 17, 2013 at a date and time convenient to the Court. In support thereof, the government submits that the defendant, who resides outside the state of Tennessee, may not have received notice of the scheduled hearing, and a resetting is therefore necessary to ensure that the defendant is afforded a sufficient opportunity to appear without further action of the Court.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney

*s/ Philip H. Wehby*

PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A961
Nashville, TN 37203
(615) 736-5151