UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED for extension to 8/6/13.**

*[Signature]*

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 3:13-00095-1 |
| | ) | Judge Trauger |
| | ) | |
| TYRONE LAMONT ROSS | ) | |

MOTION TO EXTEND PRETRIAL MOTION FILING DEADLINE

The defendant, Tyrone Ross, through counsel, moves the Court to extend the time for the filing of pretrial motions, up to and including August 6, 2013.

In support of this motion, defense counsel would show the following:

1. Mr. Ross was arraigned in open court on June 18, 2013. This matter is set for trial on August 27, 2013.

2. Defense counsel only recently received discovery from the government in this matter and additional time is necessary for the defendant to review the discovery, and for undersigned counsel to review the discovery with the client to determine whether pretrial motions are necessary.

3. Counsel is out of the district from July 16 to July 22, 2013.

Given the above facts, defense counsel anticipates that he will need time beyond today, July 16, 2013, the current pretrial motion deadline, to prepare any pretrial motions